

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-13-00424-CV

Donald E. **CARTER,**
Appellant

v.

**ATTORNEY GENERAL OF THE STATE OF TEXAS,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1993EM500955
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant Donald Carter is representing himself in this appeal. On February 20, 2014, Appellant filed an emergency motion for relief. The relief he seeks depends on the merits of the appeal. The motion is carried with the appeal and will be disposed of by our opinion and judgment.

It is so **ORDERED** on February 27, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court